**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

LARRY KRUEGER,

     Plaintiff,

v.                                              Case No. 19-10596

CITY OF EASTPOINTE,
LIEUTENANT CHILDS,
OTHER UNNAMED EASTPOINTE
POLICE DEPARTMENT OFFICERS,
and JOSEPH MADONIA,

     Defendants.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendants' Motion for Summary Judgment" entered on April 6, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants City of Eastpointe, Lieutenant Childs, Other Unnamed Eastpointe Police Department Officers, and Joseph Madonia and against Plaintiff Larry Krueger. Dated at Port Huron, Michigan, April 6, 2020.

                                       DAVID J. WEAVER
                                       CLERK OF THE COURT

                                       By: s/Lisa Wagner
                                         Lisa Wagner, Case Manager
                                       to Judge Robert H. Cleland